UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXANDER THOMAS, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-2425 |
| FRANCES VARNADO, ET AL | SECTION: L (4) |

JUDGMENT

Considering the Court's Order and Reasons entered herein on October 9, 2020, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court finds that an injunction be issued ordering the Defendants, the Washington Parish School Board and Superintendent Frances Varnado, to allow the student, the minor N.T., to re-paint his parking spot at his school.

**IT IS FURTHER ORDERED** that this case be dismissed, with prejudice.

New Orleans, Louisiana, this   13th   day of October, 2020.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE